UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAGRAJ CLARE,

                Plaintiff,

- against -

CAPITAL ONE BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SOLUTIONS, LLC, and TRANSUNION LLC,

                Defendants.

**ORDER**

21 Civ. 8516 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein against Defendant Capital One Bank, N.A. have been settled (see Dkt. No. 17), it is ORDERED that Plaintiff's claims against Capital One be, and hereby are, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within sixty days of this order, either party may apply by letter within the sixty-day period for restoration of Capital One as a Defendant, in which event Capital One will be restored as a Defendant. As to Capital One only, any pending dates and deadlines are adjourned sine die, and any pending motions are moot. The Clerk of Court is directed not to close the case.

Dated: New York, New York
       November 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge