UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAGRAJ CLARE,

                Plaintiff,

- against -

CAPITAL ONE BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION LLC,

                Defendants.

**ORDER**

21 Civ. 8516 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The Court having been advised that all claims asserted herein against Defendant Equifax Information Services, LLC have been settled (see Dkt. No. 29), it is ORDERED that Plaintiff's claims against Equifax be, and hereby are, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, either party may apply by letter within the forty-five-day period for restoration of Equifax as a Defendant, in which event Equifax will be restored as a Defendant.  As to Equifax only, any pending dates and deadlines are adjourned sine die, and any pending motions are moot.  The Clerk of Court is directed not to close the case.

Dated: New York, New York
       December 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge